UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>FUNKO, INC; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; CHARLES DENSON; DIANE IRVINE; ADAM KRIGER; RICHARD MCNALLY; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; PIPER JAFFRAY & CO.; JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED; BMO CAPITAL MARKETS CORP.; SUNTRUST ROBINSON HUMPHREY, INC.; and JOHN DOES 1 THROUGH 25,<br><br>    Defendants. | NO. C18-201 RSM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS** |

    Plaintiff Robert Lowinger ("Plaintiff") and Defendants, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

    1.    On November 16, 2017, Plaintiff filed the complaint in this putative class action (the "Complaint") in the Superior Court of Washington in and for King County against Funko, Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Charles Denson, Diane

STIPULATION AND ORDER EXTENDING TIME
(No. 2:18-cv-00201)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Irvine, Adam Kriger, and Richard McNally (collectively, the "Funko Defendants"); Goldman, Sachs & Co., now known as Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.; SunTrust Robinson Humphrey, Inc.; and John Does 1 Through 25 (collectively, the "Underwriter Defendants," and together with the Funko Defendants, the "Defendants").

2. The Complaint alleges only violations of Sections 11, 12(a)(2), and 15 of the federal Securities Act of 1933, 15 U.S.C. § 77a, *et seq*.

3. On February 7, 2018, the Funko Defendants removed this action to this Court.

4. Pursuant to the Federal Rules of Civil Procedure, the Funko Defendants must answer, move, or otherwise respond to the Complaint on or before February 14, 2018.

5. Plaintiff intends to file a motion to remand this action to the Superior Court of Washington in and for King County.

6. The Funko Defendants intend to file a motion to stay the proceedings pending a decision by the United States Supreme Court in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, No. 15-1439 (argued Nov. 28, 2017) on the certified question of "[w]hether state courts lack subject-matter jurisdiction over 'covered class actions,' 15 U.S.C. § 77v(a), that allege only claims under the Securities Act of 1933."

7. There have been no prior extensions of time for Defendants to answer, move or otherwise respond to the Complaint in this Court.

8. The undersigned counsel is authorized to accept, and hereby does accept service of the Summons and Complaint on behalf of the Underwriter Defendants, without prejudice and without waiver of any defenses, objections, or arguments in this matter or any other matter, including without limitation any arguments regarding personal jurisdiction or venue, except as to sufficiency of service of process of the Summons and Complaint.

STIPULATION AND ORDER EXTENDING TIME
(No. 2:18-cv-00201)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

9. Subject to this Court's approval, the Defendants' time within which to answer, move, or otherwise respond to the Complaint is extended pending the Court's resolution of any motion to remand that Plaintiff may file, except as otherwise ordered by the Court.

10. Except as otherwise ordered by the Court, after a decision is issued on any motion to remand that Plaintiff may file, the undersigned parties will confer regarding a schedule for answering, moving, or otherwise responding to the Complaint, taking into account the Private Securities Litigation Reform Act's procedural requirements regarding the appointment of lead plaintiff and lead counsel in private class actions arising under the federal securities laws (as applicable).

SO STIPULATED AND AGREED this 14th day of February 2018.

**KELLER ROHRBACK L.L.P.**

By /s/ T. David Copley [email authorization]
  T. David Copley, WSBA #19378
  Juli E. Farris, WSBA #17593
  Elizabeth A Leland, WSBA #23433
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Tel: (206) 623-1900
  Email: dcopley@kellerrorhback.com
  Email: jfarris@kellerrohrlback.com
  Email: bleland@kellerrohrback.com

Of Counsel
**STULL, STULL & BRODY**
  Aaron L. Brody (*PHV* to be filed)
  Michael J. Klein (*PHV* to be filed)
  6 East 45th Street
  Tel: (212) 687-7230
  Email: abrody@ssbny.com
 Email: mklein@ssbny.com

*Attorneys for Plaintiff Robert Lowinger*

**SAVITT BRUCE & WILLEY LLP**

By /s/ Stephen C. Willey
  Stephen C. Willey, WSBA #24499
  1425 Fourth Avenue, Suite 800
  Seattle, WA 98101
  Tel: (206) 749-0500
  Email: swilley@sbwllp.com

**LATHAM & WATKINS LLP**
  Benjamin Naftalis, *pro hac vice*
  Kevin McDonough, *pro hac vice*
  885 Third Avenue
  New York, NY 10022-4834
  Tel: (212) 906-1246
  Email: benjamin.naftalis@lw.com
  Email: kevin.mcdonough@lw.com

*Attorneys for Defendants Funko, Inc.; Brian Mariotti; Russell Nickel; Ken Brotman; Gino Dellomo; Charles Denson; Diane Irvine; Adam Kriger; and Richard McNally*

STIPULATION AND ORDER EXTENDING TIME
(No. 2:18-cv-00201)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**SIDLEY AUSTIN LLP**

By */s/ Robin E. Wechkin [email authorization]*
   Robin E. Wechkin, WSBA #24746
   701 5th Avenue, Suite 4200
   Seattle, WA 98104
   Tel: (415) 439-1799
   Email: rwechkin@sidley.com

*Attorneys for Defendants Goldman, Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Piper Jaffray & Co.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; BMO Capital Markets Corp.; and SunTrust Robinson Humphrey, Inc.*

STIPULATION AND ORDER EXTENDING TIME
(No. 2:18-cv-00201)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# I. ORDER

In accordance with the foregoing stipulation, it is so **ORDERED** this 22nd day of February 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME
(No. 2:18-cv-00201)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500