UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; CHARLES DENSON; DIANE IRVINE; ADAM KRIGER; RICHARD MCNALLY; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; PIPER JAFFRAY & CO.; JEFFERIES LLC; STIFFEL, NICOLAUS & COMPANY, INCORPORATED; BMO CAPITAL MARKETS CORP.; SUNTRUST ROBINSON HUMPHREY, INC.; and JOHN DOES 1 THROUGH 25,<br><br>Defendants. | NO. 2:18-cv-00201-RSM<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION TO REMAND AND (2) FUNKO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DECISION BY U.S. SUPREME COURT** |

## I. STIPULATION

Plaintiff Robert Lowinger ("Plaintiff") and Defendants Funko, Inc. ("Funko"), Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Charles Denson, Diane Irvine, Adam

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION TO REMAND AND (2) FUNKO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DECISION BY U.S. SUPREME COURT - 1
(No. 2:18-cv-00201-RSM)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Kriger, and Richard McNally (collectively, the "Funko Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On February 27, 2018, Plaintiff filed a Motion for Remand, with a Note on Motion Calendar date of April 13, 2018 (the "Motion for Remand").

2. On February 27, 2018, the Funko Defendants filed a Motion to Stay Proceedings Pending Decision by U.S. Supreme Court, with a Note on Motion Calendar date of April 13, 2018.

3. Plaintiff and the Funko Defendants stipulate to the following schedule for the remaining briefing on the (1) Motion for Remand and (2) Motion to Stay:

   (a) Plaintiff's brief in opposition to the Motion to Stay, together with any supporting material, <u>and</u> Funko Defendants' brief in opposition to the Motion for Remand, together with any supporting material, shall be filed and served no later than **March 30, 2018**; and

   (b) Plaintiff's brief in reply in support of the Motion for Remand, together with any supporting material, <u>and</u> Funko Defendants' brief in reply in support of the Motion to Stay, together with any supporting material, shall be filed and served no later than **April 9, 2018**

SO STIPULATED AND AGREED this 28th day of February, 2018.

| | |
|---|---|
| **KELLER ROHRBACK L.L.P.** | **SAVITT BRUCE & WILLEY LLP** |
| By */s/ Juli E. Farris [email authorization]*<br>T. David Copley, WSBA #19378<br>Juli E. Farris, WSBA #17593<br>Elizabeth A Leland, WSBA #23433<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Email: dcopley@kellerrorhback.com<br>Email: jfarris@kellerrohrlback.com<br>Email: bleland@kellerrohrback.com | By */s/ Stephen C. Willey*<br>Stephen C. Willey, WSBA #24499<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101<br>Tel: (206) 749-0500<br>Email: swilley@sbwllp.com<br><br>**LATHAM & WATKINS LLP**<br>Benjamin Naftalis, *pro hac vice*<br>Kevin McDonough, *pro hac vice* |

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION TO REMAND AND (2) FUNKO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DECISION BY U.S. SUPREME COURT - 2
(No. 2:18-cv-00201-RSM)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| | |
|---|---|
| Of Counsel<br>**STULL, STULL & BRODY**<br>  Aaron L. Brody (*PHV* to be filed)<br>  Michael J. Klein (*PHV* to be filed)<br>  6 East 45th Street<br>  New York, NY 10017<br>  Tel: (212) 687-7230<br>  Email: abrody@ssbny.com<br>  Email: mklein@ssbny.com<br><br>*Attorneys for Plaintiff Robert Lowinger* | 885 Third Avenue<br>New York, NY 1022-4834<br>Tel: (212) 906-1246<br>Email: benjamin.naftalis@lw.com<br>Email: kevin.mcdonough@lw.com<br><br>*Attorneys for Defendants Funko, Inc.;*<br>*Brian Mariotti; Russell Nickel; Ken*<br>*Brotman; Gino Dellomo; Charles Denson;*<br>*Diane Irvine; Adam Kriger; and*<br>*Richard McNally* |

## ORDER

In accordance with the foregoing stipulation, it is so **ORDERED.**

DATED: March 1, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION TO REMAND AND (2) FUNKO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DECISION BY U.S. SUPREME COURT - 3
(No. 2:18-cv-00201-RSM)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500