UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUNKO, INC., *et al.*,<br><br>Defendants. | Case No. C18-201RSM<br><br>ORDER TO REMAND |

In accordance with the parties' Stipulation Remanding Proceedings to State Court (Dkt. #26), the Court hereby ORDERS:

1) The pending Motion for Remand (Dkt. #14) and Motion to Stay Proceedings (Dkt. #15) are TERMINATED and shall be removed from the Court's motion calendar;

2) This case is REMANDED to the Superior Court of Washington in and for King County; and

3) This matter is now CLOSED.

Dated this 27 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1